# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

IN RE: Randy M. Highfield
7223 KY 1234 South
Maysville, KY 41056

XXX-XX-1092

Case Number: 16-20522

## NOTICE OF ALLOWANCE OF CLAIMS

The Chapter 13 Trustee gives notice to the creditors listed below, debtor, and debtor's counsel, of the allowance of claims as follows. To the extent the allowance of claims contradicts the treatment of any claim in the confirmed plan, this Notice shall constitute a modification of the plan pursuant to 11 U.S.C. 1329. Any objection must be filed within 30 days from the date of this Notice, served on the trustee, and set for hearing.

At this time the trustee estimates that general unsecured creditors will receive 20.00% of the amount of their allowed claims.

### Schedule of Claims

| ID | Creditor Name | Claim Amount | Claimed Amount |
|---|---|---|---|
| 1 | AMERICREDIT FINANCIAL SERVICES<br>P O BOX 183853<br>ARLINGTON, TX 76096-3853 | $3,736.70<br>Relief Granted | VEHICLE CLAIM<br>Interest Rate: 0.00<br>Acct No: 4594<br><br>1-1: 2007 CHEVY IMPALA |
| 14 | AMERICREDIT FINANCIAL SERVICES<br>P O BOX 183853<br>ARLINGTON, TX 76096-3853 | $0.00<br>Notice Creditor | NOTICE ONLY<br>Interest Rate: 0.00<br>Acct No: |
| 15 | AMERICREDIT FINANCIAL SERVICES<br>P O BOX 183853<br>ARLINGTON, TX 76096-3853 | $1,268.70 | UNSECURED<br>Interest Rate: 0.00<br>Acct No: 4595<br><br>1-2-DEFIC CLM-'07 CHEVY IMPALA |
| 2 | CAVALRY SPV I LLC<br>% BASS & ASSOCIATES P C<br>3936 E FORT LOWELL RD, STE 200<br>TUCSON, AZ 85712 | $500.00 | VEHICLE CLAIM<br>Interest Rate: 4.25<br>Acct No: 3180<br><br>6-1 2006 KAWASAKI MC |
| 10,002 | CAVALRY SPV I LLC<br>% BASS & ASSOCIATES P C<br>3936 E FORT LOWELL RD, STE 200<br>TUCSON, AZ 85712 | $3,759.44 | SPLIT CLAIM / UNSECURED<br>Interest Rate: 0.00<br>Acct No: 3180 |

**Schedule of Claims**

| ID | Creditor Name | Claim Amount | Claimed Amount |
|---|---|---|---|
| | | | Split Claim 6-1 2006 KAWASAKI MC |
| 7 | DISCOVER BANK<br>% DISCOVER PRODUCTS INC<br>P O BOX 3025<br>NEW ALBANY, OH 43054 | $11,027.69 | UNSECURED<br>Interest Rate: 0.00<br>Acct No: 2122<br><br>2-1 MORE CARD |
| 9 | MIDLAND FUNDING LLC<br>% MIDLAND CREDIT MANAGEMENT<br>P O BOX 2011<br>WARREN, MI 48090 | $1,732.54 | UNSECURED<br>Interest Rate: 0.00<br>Acct No: 9529<br><br>5-1 LOWES |
| 13 | MIDLAND FUNDING LLC<br>% MIDLAND CREDIT MANAGEMENT<br>P O BOX 2011<br>WARREN, MI 48090 | $2,969.49 | UNSECURED<br>Interest Rate: 0.00<br>Acct No: 5410<br><br>4-1 WALMART |
| 0 | SANNING, MATTHEW<br>224 MAIN STREET<br>AUGUSTA, KY 41002 | $2,610.00 | ATTORNEY FEE<br>Interest Rate: 0.00<br>Acct No: |
| 4 | US BANK NA<br>US BANK MTG<br>4801 FREDERICA ST<br>OWENSBORO, KY 42301 | $47,452.91<br>Paid Outside per Order/ | MORTGAGE<br>Interest Rate: 0.00<br>Acct No: 0977<br><br>7-1 1ST/7223 KY HWY 1234 S |
| 5 | US BANK NA<br>US BANK MTG<br>4801 FREDERICA ST<br>OWENSBORO, KY 42301 | $8,056.83<br>Paid Outside per Order/ | MORTGAGE<br>Interest Rate: 0.00<br>Acct No: 6967<br><br>3-1: 2ND/7223 KY HWY 1234 S |

Date: February 24, 2017

/s/ BEVERLY M. BURDEN, TRUSTEE

Beverly M. Burden, Chapter 13 Trustee
Ky Bar ID: 09330
P O Box 2204
Lexington, KY 40588-2204
notices@ch13edky.com
859-233-1527